UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

IN RE:

RICHARD WILLIAM KELLARD

CASE NO. 8:18-bk-01568-CPM
CHAPTER 7

Debtor(s).

_____/

### CREDITOR'S RESPONSE TO TRUSTEE'S MOTION TO SELL[DE-27]
### 10211 TURTLE HILL CT, TAMPA, FL 33615-1637

WELLS FARGO BANK, N.A., (hereinafter "Creditor") by and through its undersigned attorney, files its Response to Trustee's Motion to Sell [DE-27] and as grounds thereto states as follows:

1. The Debtor(s), RICHARD WILLIAM KELLARD filed a Chapter 7 Bankruptcy Petition on February 28, 2018.

2. Creditor has a security interest in real property located at 10211 TURTLE HILL CT, TAMPA, FL 33615-1637. Said claim is based on a Note and Mortgage executed on February 23, 2007, by Debtor in the principal amount of $52,000.00.

3. The Debtor filed the Chapter 7 Petition and Statement of Intentions on February 28, 2018, with the intention to surrender the subject property.

4. Creditor filed a Motion for Relief from Stay [DE-17] on May 9, 2018.

5. On June 6, 2018, the Court entered the Discharge of Debtor [DE-20].

6. On June 7, 2018, the Court entered the Order Granting Motion for Relief from Stay [DE-22].

7. The Trustee filed a Motion to Sell [DE-27] on April 11, 2019 with a sale offer of $69,000.00.

8. The Creditor does not oppose the sale of the subject property dependent upon the following:

   a) The Creditor is paid in full subject to an official payoff, or

   b) Any sale short of a full payoff is subject the final approval by the Creditor.

1000001314

9. Any Order submitted on the Motion to Sell must contain the above provisions.

WHEREFORE, Creditor files this Response to Motion to Approve Sale and respectfully requests the Court to grant same pursuant to the above mentioned requirements and any further relief it deems appropriate.

        EXL Legal, PLLC
        Email Address: bk@exllegal.com
        12425 28th Street North, Suite 200
        St. Petersburg, FL 33716
        Telephone No. (727) 536-4911
        Attorney for the Movant

        By:  */s/ Alejandro G. Martinez-Maldonado*
        Alejandro G. Martinez-Maldonado
        FL BAR # 108112

1000001314

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY THAT a true and correct copy of the foregoing was furnished on April 15, 2019, by U.S. Mail and/or electronic mail via CM/ECF to:

SCOTT A ROSIN
5835 MEMORIAL HIGHWAY, SUITE 6
TAMPA, FL 33615-5005

CAROLYN R. CHANEY, TRUSTEE
PO BOX 530248
ST. PETERSBURG, FL 33747

UNITED STATES TRUSTEE - TPA7/13
TIMBERLAKE ANNEX, SUITE 1200
501 E POLK STREET
TAMPA, FL 33602

      The parties identified below were served on April 16, 2019 by U.S. Mail.


RICHARD WILLIAM KELLARD
10211 TURTLE HILL CT
TAMPA, FL 33615-1637

      EXL Legal, PLLC
      Email Address: bk@exllegal.com
      12425 28th Street North, Suite 200
      St. Petersburg, FL 33716
      Telephone No. (727) 536-4911
      Attorney for the Movant

      By:  */s/ Alejandro G. Martinez-Maldonado*
      Alejandro G. Martinez-Maldonado
      FL BAR # 108112

1000001314